IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.:  1:15-cv-00368-JLK

CHRISTOPHER SPENCER,

      Plaintiff,

v.

SHERIFF BILL ELDER, El Paso County Sheriff, in his official capacity;
WILLIAM WRIGHT, Medical Director of El Paso County Criminal Justice Center, in his individual and official capacities;
JANICE EADES, in her individual and official capacities;
TARA DEMPSEY-KECK, in her individual and official capacities;
KAYLA PREVIDI, in her individual and official capacities;
THERESA COOPER, in her individual and official capacities;
BECKY FARMER, in her individual and official capacities; and
TERESA HUTCHINSON, in her individual and official capacities,

      Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO AMEND CAPTION**

---

      This Court has reviewed the Unopposed Motion to Amend Caption by Defendants Previdi (née Wakefield), Cooper (née Pedley) and Hutchinson (née Martin) (Doc. 59), and is apprised on its premises.  The Court hereby Grants the Motion. The caption is hereby amended in this case to identify Defendants Kayla Previdi rather than Kayla Wakefield, Theresa Cooper rather than Theresa Pedley, and Teresa Hutchinson rather than Teresa Martin.

      Dated: December 1, 2015

                                          BY THE COURT:

                                          _____
                                          John L. Kane
                                          Senior U.S. District Court Judge