IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00368-JLK-NYW

CHRISTOPHER SPENCER,

    Plaintiff,

v.

CORRECT CARE SOLUTIONS, LLC,

    Defendant.

---

## ORDER

---

The Court, upon the Joint Stipulated Motion to Dismiss Defendants With Prejudice and Substitute Correct Care Solutions, LLC as the sole defendant in this case, which motion was submitted jointly by all parties to this lawsuit, and having considered the Motion, hereby GRANTS the Joint Stipulated Motion (Doc. 62). Accordingly, it is

ORDERED that the following Defendants are dismissed from this case with prejudice: El Paso County, Colorado; William Wright; Janice Eades; Tara Dempsey-Keck; Kayla Previdi (née Wakefield); Theresa Cooper (née Pedley); Becky Farmer; and Teresa Hutchinson (née Martin). It is

FURTHER ORDERED that Correct Care Solutions, LLC is substituted as the sole defendant in this case. It is

FURTHER ORDERED that the caption for this case is changed accordingly, and the parties shall use the caption on this Order as the appropriate caption for any subsequent filings with this Court.

FURTHER ORDERED that dismissal papers (or, if dismissal papers are not yet ready, a Status Report) are due on or before April 1, 2016.

Dated: February 18, 2016

BY THE COURT:

*John L. Kane*
John L. Kane
Senior United States District Judge