IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00368-JLK-NYW

CHRISTOPHER SPENCER,

    Plaintiff,

v.

CORRECT CARE SOLUTIONS, LLC

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

Plaintiff and Defendant have filed a Joint Stipulated Motion to Dismiss With Prejudice (Doc. 64). After careful review of the stipulation and the file, the Court has concluded that the stipulation should be approved and that Plaintiff's claims against the Defendant should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

1. That the Joint Stipulated Motion to Dismiss With Prejudice is APPROVED; and

2. That Plaintiff's claims against the Defendant are DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs; and

3. That now that all claims have been resolved this matter is dismissed in its entirety and the Clerk of the Court is directed to close this case.

Dated this 1st day of March, 2016.

BY THE COURT:

_____
John L. Kane
Senior U.S. District Court Judge